**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
PAULINO VALENZUELA,

                Petitioner,         19 **CIVIL** 3696 (KMK)
                                              19 **CIVIL** 3077 (KMK)

    -against-                            **JUDGMENT**

WILLIAM F. KEYSER, Superintendent of the
Sullivan Correctional Facility,
                Respondent.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 8, 2020, the Emergency Petition is denied without prejudice, and the separate Action pertaining to the Emergency Petition is dismissed without prejudice; accordingly, the case is closed.

**DATED:**  New York, New York
            July 14, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                      **Clerk of Court**
                   **BY:**            _K. Mango_
                                                      _____
                                                      **Deputy Clerk**